Cite as 2016 Ark. 409

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION | **Opinion Delivered** November 17, 2016 |

## PER CURIAM

Honorable Kim Bridgforth, State District Judge, of Pine Bluff is appointed to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2019. The court thanks Judge Bridgforth for accepting service on this important commission.

Honorable Thomas Smith, Circuit Judge, of Bentonville and Honorable Teresa French-Coleman, Circuit Judge, of McGehee are reappointed to the Arkansas Access to Justice Commission for terms expiring on October 15, 2019. We thank them for their continued service.

We express our gratitude to Judge Vic Harper, whose term has expired, for his years of dedicated service to the Arkansas Access to Justice Commission.